1 NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
2 AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
3 McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
4 3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
5 Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANTON, DANIEL KUNKEL, ERIC GORA,
MARK SHELDON, TYLER PAULSEN, BRADLEY
PALMQUIST, and OFFICER BENNETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOHN DEMING, JR.; and JOHN DEMING, SR. and LINDA STASI, individually, and as successors-in-interest and wrongful death heirs to DECEDENT JOHN DEMING, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT; DANIEL KUNKEL, an individual and officer; ERIC GORA, an individual and officer; MARK SHELDON, an individual and officer; TYLER PAULSEN, an individual and officer; BRADLEY PALMQUIST, an individual and officer; OFFICER BENNETT, an individual and officer; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C16-02964 CRB<br><br>**STIPULATED NOTICE OF DISMISSAL AND ~~PROPOSED~~ ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that Plaintiffs hereby voluntarily dismiss Defendants TYLER PAULSEN and OFFICER BENNETT, with prejudice. Each party agrees to bear their own attorneys' fees and costs in relation to this dismissed party.

STIPULATED NOTICE OF DISMISSAL AND
~~PROPOSED~~ ORDER – Case No. C16-2964 CRB

IT IS SO STIPULATED.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: October 5, 2017          GERAGOS & GERAGOS, APC

By: ____/s/ Meiselas, Ben_____
Mark J. Geragos
Ben J. Meiselas
Attorneys for Plaintiffs

Dated: October 5, 2017          McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Blechman, Noah_____
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
CITY OF PLEASANTON, DANIEL KUNKEL, ERIC GORA, MARK SHELDON, TYLER PAULSEN, BRADLEY PALMQUIST, and OFFICER BENNETT

## ORDER

It is hereby ORDERED that Defendants TYLER PAULSEN and OFFICER BENNETT, only, are hereby dismissed, with prejudice, each party to bear their own fees and costs with regard to these dismissed parties.

**IT IS SO ORDERED**

Dated: _____October 6_____, 2017    By: _____
Honorable Charles R. Breyer
United States Senior District Judge

STIPULATED NOTICE OF DISMISSAL AND     2
~~PROPOSED~~ ORDER– Case No. C16-2964 CRB