# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

BEN J. MEISELAS   SBN 277412
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF JOHN DEMING, JR.; and JOHN DEMING, SR. and LINDA STASI, individually, and as successors-in-interest and wrongful death heirs to DECEDENT JOHN DEMING, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT DANIEL KUNKEL, an individual and officer; ERIC GORA, an individual and officer; MARK SHELDON, an individual and officer; TYLER PAULSEN, an individual and officer; BRADLEY PALMQUIST, an individual and officer; OFFICER BENNETT, an individual and officer; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:16-cv-02964-CRB <br><br> **NOTICE OF SETTLEMENT** <br><br> Assigned to The Honorable Charles R. Breyer |

- 1 -

1  In accordance with the Court's instructions (*see* Dkt. 40), Plaintiffs THE
2  ESTATE OF JOHN DEMING, JR., JOHN DEMING, SR., and LINDA STASI hereby
3  submit this NOTICE OF SETTLEMENT to notify the Court that the lawsuit has been
4  settled in full with respect to all Defendants.  The Parties will file a Dismissal within
5  30 days of this Notice and request that all upcoming deadlines be vacated and/or the
6  matter be stayed in the interim.

DATED:  November 28, 2017          GERAGOS & GERAGOS, APC

                                    By:   /s/ Ben Meiselas
                                       BEN J. MEISELAS
                                       Attorney for Plaintiffs