NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
KEREN SCHLANK (State Bar No. 310389)
keren.schlank@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANTON, DANIEL KUNKEL, ERIC GORA,
and MARK SHELDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOHN DEMING, JR.; and JOHN DEMING, SR. and LINDA STASI, individually, and as successors-in-interest and wrongful death heirs to DECEDENT JOHN DEMING, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT; DANIEL KUNKEL, an individual and officer; ERIC GORA, an individual and officer; MARK SHELDON, an individual and officer; TYLER PAULSEN, an individual and officer; BRADLEY PALMQUIST, an individual and officer; OFFICER BENNETT, an individual and officer; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C16-02964 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>*Assigned to the Hon. Charles R. Breyer* |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs THE ESTATE OF JOHN DEMING, JR.; and

JOHN DEMING, SR. and LINDA STASI, individually, and as successors-in-interest and wrongful death heirs to DECEDENT JOHN DEMING, JR., and Defendants CITY OF PLEASANTON, DANIEL KUNKEL, ERIC GORA, and MARK SHELDON (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiffs' Complaint, the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 19, 2018　　　　　GERAGOS & GERAGOS, APC

By: /s/ Mark J. Geragos
MARK GERAGOS / BEN J. MEISELAS
Attorneys for Plaintiffs

DATED: January 19, 2018　　　　　MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
NOAH G. BLECHMAN
Attorneys for Defendants

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: January 22, 2018

Hon. Charles R. Breyer, U.S. Senior District Judge

STIPULATION AND ~~PROPOSED~~ ORDER　　　　2
DISMISSING ENTIRE ACTION, WITH
PREJUDICE